No. 5491.—Pueblo, apldo., *v.* Quirós, aplte.—C. D. Bayamón. ▆▆▆▆▆▆▆▆▆▆▆▆▆▆ Diciembre 12, 1934.

(Por la Corte, a propuesta del Juez Asociado Sr. Córdova Dávila.)

Por cuanto, esta apelación se interpuso en 4 de abril de 1934 y en 22 de noviembre del mismo año esta corte dictó una orden para que la parte apelante expusiese las razones para no desestimar el recurso interpuesto;

Por cuanto, el acusado solicita que en vista de la importancia del caso apelado, de que se trata de una sentencia que le condena a diez y seis años de presidio y de que ha radicado su alegato, se le permita continuar tramitando el recurso de apelación y el fiscal no ha expuesto razón alguna para que no se acceda a lo solicitado;

Por tanto, teniendo en cuenta la radicación del alegato y las razones aducidas por el acusado, se accede a lo solicitado y *se ordena* que continúe la tramitación del recurso interpuesto.

No. 5559.—Pueblo, apldo., *v.* Jiménez, acusado y aplte.—C. D. Ponce. ▆▆▆▆▆▆▆▆▆▆▆▆▆▆ Diciembre 12, 1934.

(Por la Corte, a propuesta del Juez Asociado Sr. Wolf.)

Por cuanto, esta apelación se interpuso en 6 de diciembre de 1933 y en 22 de noviembre de 1934 esta Corte dictó una orden para que la parte apelante expusiese las razones para no desestimar el recurso interpuesto;

Por cuanto, el acusado, que ha presentado ya su alegato, solicita que el recurso continúe tramitándose, y el fiscal no ha expuesto razón alguna para que no se acceda a lo solicitado;

Por tanto, *se ordena* que continúe la tramitación del recurso interpuesto.